<u>CRIMINAL JURY TRIAL</u>

CRIMINAL CASE NO.     <u>CR-22-114</u>     -F                    DATE   <u>1-10-2023</u>

STYLE:  UNITED STATES v.   <u>ROBERT LEE HARRISON, JR.</u>

PROCEEDINGS:   <u>JURY SELECTION AND TRIAL</u>

COMMENCED  <u>9:50</u>     ENDED  <u>11:45</u>
COMMENCED  <u>1:05</u>     ENDED  <u>4:55</u>                 TOTAL TIME:  <u>5</u>  Hrs.  <u>45</u>  Mins.

JUDGE <u>Stephen P. Friot</u>          DEPUTY CLERK <u>Lori Gray</u>          REPORTER <u>Tracy Thompson</u>

Plf counsel          David Nichols, Jacquelyn Hutzell

Dft counsel          Craig Hoehns

Enter:     Dft appears in custody of USM.          Parties announce ready.

Jury duly empaneled.          Jury sworn.

Court gives jury a preliminary instruction and reads the Indictment.

Rule invoked on mtn of dft.

Plf - Dft make opening statements.

Plf presents case in chief with testimony of witnesses.

Plf's exhibits admitted:   1-16, 19, 20, 21, 22, 17, 18, 23, 24, 26

Plf's counsel reads a stipulation into the record.   The written stipulation will be made Court's Exhibit 1.

Plf rests.

Jury is discharged for the day.

Parties advise the court that a plea offer was made to dft and was rejected.

Dft is advised as to his right to testify or not to testify.

Dft's Rule 29 mtn for judgment of acquittal is DENIED as to Counts 1-4.

The parties will have 30 minutes per side for closing arguments.   The plf is required to take at least 20 minutes in its opening segment.

Court adjourns to 1-11-2023 at 9:00 AM.

CASE NO.   CR-22-114   -F       DEPUTY Lori Gray       JUDGE Stephen P. Friot       DATE   1-10-2023

| WITNESSES FOR PLAINTIFF | WITNESSES FOR DEFENDANT |
|---|---|
| 1. Tara Currin (sworn) | 1. |
| 2. Jason Salyards, OCPD (sworn) | 2. |
| 3. Darla Davis (sworn) | 3. |
| 4. Damon Hargrove (sworn) | 4. |
| 5. Matt Reimche, OCPD (sworn) | 5. |
| 6. Joshua Manns, OCPD (sworn) | 6. |
| 7. Thao Warme, OCPD (sworn) | 7. |
| 8. Brenden Taylor, ATF (sworn) | 8. |