# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ROBERT LEE HARRISON, JR., )<br>)<br>Defendant. ) | CASE NO. CR-22-114-C |

## STIPULATIONS REGARDING DEFENDANT'S FELONY CONVICTION

The Defendant, Robert Lee Harrison, Jr., his attorney, Craig M. Hoehns, and the United States, by and through its representative, Assistant United States Attorney David R. Nichols, Jr., hereby knowingly, willingly, and voluntarily agree and stipulate as proven beyond a reasonable doubt the following facts:

1. At the time of the alleged offense in this case, on or about March 11, 2022, Defendant Robert Lee Harrison, Jr. had previously been convicted of a felony, that is, a crime punishable by imprisonment for a term exceeding one year.

2. At the time of the alleged offense in this case, on or about March 11, 2022, Defendant Robert Lee Harrison, Jr., knew that he was a convicted felon and belonged to a category of persons barred from possessing a firearm.



EXHIBIT

Court 1
CR-22-114

The jury may take these facts as if they were proven by the United States at trial.

Respectfully submitted,

_____
CRAIG M. HOEHNS, OBA #21700
3801 N. Classen Blvd., Suite 250
Oklahoma City, Oklahoma 73118
Telephone: (405) 535-2005
Email: craig.hoehns@hoehnslaw.com
CJA COUNSEL FOR DEFENDANT

_____
ROBERT LEE HARRISON, JR.


ROBERT J. TROESTER
United States Attorney

_____
DAVID R. NICHOLS, JR., OBA #22664
Assistant United States Attorney
210 W. Park Avenue, Suite 400
Oklahoma City, Oklahoma 73102
Telephone: (405) 553-8727
Facsimile: (405) 553-8888
Email: David.Nichols@usdoj.gov