# IN THE UNITED STATES DISTRICT COURT FOR THE

# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>**Plaintiff,** )<br>)<br>**-vs-** )<br>)<br>**ROBERT LEE HARRISON, JR.,** )<br>)<br>**Defendant.** ) | **Case No.  <u>CR-22-114-F</u>** |

## <u>APPLICATION TO SEAL</u>

The United States applies, pursuant to Local Criminal Rule 12.2, for an Order sealing the Government's Sentencing Memorandum in the above-captioned case until further order of the Court.  The government requests a sealing order because it contains information from the Presentence Report.

The Court has the authority to seal documents in appropriate circumstances.  *United States v. McVeigh*, 119 F.3d 806, 811 (10th Cir. 1997) (finding that district court has authority to seal judicial documents "if right to access is outweighed by the interests favoring nondisclosure."); *United States v. Hickey*, 767 F.2d 705, 708 (10th Cir. 1985) ("All courts have supervisory powers over their own records and files" and may, in their discretion seal documents . . . .); *Crystal Grower's Corp. v. Dobbins*, 616 F.2d 458, 461 (10th Cir. 1980) ("It is beyond question that this court has discretionary power to control and seal, if necessary, records and files in its possession.").

Therefore, the government requests that the Court issue an Order sealing the Government's Sentencing Memorandum.

Respectfully submitted,

ROBERT J. TROESTER
United States Attorney


<u>s/ David R. Nichols, Jr.</u>
DAVID R. NICHOLS, JR.
Assistant United States Attorney
Oklahoma Bar Number: 22664
210 Park Avenue, Suite 400
Oklahoma City, Oklahoma 73102
Office: (405) 553-8700
Fax: (405) 553-8888
david.nichols@usdoj.gov